UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EMMA NUNEZ-GONZALES, | No. C 14-0454 JCS (PR) |
| Petitioner, | **ORDER OF TRANSFER** |
| v. | |
| UNITED STATES, | |
| Respondent. | |

This federal habeas action, in which petitioner challenges her federal sentence, is TRANSFERRED to the Northern District of Georgia, as that is the district in which the sentence was imposed. 28 U.S.C. §§ 90(a), 1404(a); *Tripati v. Henman*, 843 F.2d 1160, 1162 (9th Cir. 1988). The Clerk shall transfer this action forthwith.

**IT IS SO ORDERED**.

DATED: February 5, 2014

JOSEPH C. SPERO
United States Magistrate Judge

No. C 14-0454 JCS (PR)
ORDER OF TRANSFER